# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA REASONS, | ) Case No.: 1:13-cv-00503-AWI-SAB |
| Plaintiff, | ) ORDER |
| v. | ) |
| COLLECTIBLES MANAGEMENT RESOURCES, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

IT IS SO ORDERED.

Dated: July 29, 2013

_____
SENIOR DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER
No.: 1:13-cv-00503-AWI-SAB