# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAMELA REASONS, | ) | **Case No.:  1:13-cv-00503-AWI-SAB** |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| COLLECTIBLES MANAGEMENT | ) | |
| RESOURCES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

IT IS SO ORDERED.

Dated:   July 29, 2013        _____

                                             SENIOR  DISTRICT  JUDGE

- 1 -